## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Gregory   L. Sommer                                    CHAPTER 7
                    Debtor(s)

                                                              BKY. NO. 20-21697 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage- Backed Pass-Through Certificates, Series 2005-10, U.S. Bank National Association, as Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ James C. Warmbrodt
_____
James Warmbrodt
04 Aug 2020, 12:35:14, EDT

James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com