**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Gregory L. Sommer<br><br>　　　　　　　　　Debtor(s)<br><br>Specialized Loan Servicing LLC as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage- Backed Pass-Through Certificates, Series 2005-10, U.S. Bank National Association, as Trustee<br>　　　　　　　　　Movant<br>　　　　　　v.<br>Gregory L. Sommer<br>　　　　　　　　　Respondent(s)<br>　　　　　　and<br>Jeffrey J. Sikirica, Trustee<br>　　　　　　　　　Additional Respondent | BK. NO. 20-21697 TPA<br><br>CHAPTER 7<br>Related to Docket No. 15 |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　**AND NOW**, this   **14th**   day of **September , 2020,** upon Motion of Specialized Loan Servicing LLC as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage- Backed Pass-Through Certificates, Series 2005-10, U.S. Bank National Association, as Trustee, it is

　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 3 Orchard Drive, Pittsburgh, PA 15236 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Gregory L. Sommer
3 Orchard Drive
Pittsburgh, PA 15236

Christopher M. Frye
Steidl & Steinberg Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
chris.frye@steidl-steinberg.com

Jeffrey J. Sikirica
121 Northbrook Drive
Pine Township
Gibsonia, PA 15044
SikiricaLaw@nauticom.net

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Gregory L. Sommer  
      Debtor

Case No. 20-21697-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Sep 14, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.  
db          +Gregory L. Sommer,   3 Orchard Drive,   Pittsburgh, PA 15236-3737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2020 at the address(es) listed below:

         Christopher M. Frye    on behalf of Debtor Gregory L. Sommer chris.frye@steidl-steinberg.com,
         julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
         James    Warmbrodt    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
         CSFB Mortgage- Backed Pass-Through Certificates, Series 2005-10, U.S. Bank National Association,
         as Trustee bkgroup@kmllawgroup.com  
         Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,   PA59@ecfcbis.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

                                             TOTAL: 5