| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Gregory L. Sommer** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8710** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **20–21697–TPA** | | |

## Order of Discharge                                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Gregory L. Sommer

<u>10/7/20</u>                                                              **By the court:**   <u>Thomas P. Agresti</u>
                                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                            Case No. 20-21697-TPA
Gregory L. Sommer                                                          Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                                         User: admin                                            Page 1 of 3
Date Rcvd: Oct 07, 2020                                 Form ID: 318                                      Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory L. Sommer, 3 Orchard Drive, Pittsburgh, PA 15236-3737 |
| 15248724 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15248727 | + | FedLoan Servicing, Pob 60610, Harrisburg, PA 17106-0610 |
| 15248728 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15248729 | + | Frederic Weinberg & Associates, 375 E. Elm St. Ste 210, Conshohocken, PA 19428-1973 |
| 15248730 | + | Heartland Legal Group, 41000 Woodward Ave, Bloomfield Hills, MI 48304-5092 |
| 15248734 | + | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15248735 | + | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15248743 | + | Specialized Loan Servicing/SLS, Attn: Bankruptcy, Po Box 636005, Littleton, CO 80163-6005 |
| 15248742 | + | Specialized Loan Servicing/SLS, 8742 Lucent Blvd, Highlands Ranch, CO 80129-2386 |
| 15248753 | + | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 15248754 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 01:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 01:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Oct 08 2020 04:48:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: kburkley@bernsteinlaw.com | Oct 08 2020 01:50:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: PRA.COM | Oct 08 2020 04:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15248720 | + | EDI: CAPITALONE.COM | Oct 08 2020 04:48:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15248719 | + | EDI: CAPITALONE.COM | Oct 08 2020 04:48:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15248721 | + | EDI: CAPONEAUTO.COM | Oct 08 2020 04:48:00 | Capital One Auto Finance, Po Box 30285, Attn: Bankruptcy, Salt Lake City, UT 84130-0285 |
| 15248725 | + | Email/Text: bankruptcy@firstenergycorp.com | Oct 08 2020 01:49:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15248726 | + | EDI: COLLINSASSET.COM | Oct 08 2020 04:48:00 | Collins Financial Services Inc., 2101 West Ben White Boulevard, Austin, TX 78704-7516 |
| 15248731 | | EDI: IRS.COM | | |

Case 20-21697-TPA    Doc 25    Filed 10/09/20    Entered 10/10/20 01:47:54    Desc Imaged
                          Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: 318 | Total Noticed: 41 |

| Recip ID | | Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 08 2020 04:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15248723 | | EDI: JPMORGANCHASE | Oct 08 2020 04:48:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15248722 | | EDI: JPMORGANCHASE | Oct 08 2020 04:48:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15248733 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 08 2020 01:47:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15248732 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 08 2020 01:47:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15248736 | + | EDI: NFCU.COM | Oct 08 2020 04:48:00 | Navy FCU, Attn: Bankruptcy Dept, Po Box 3000, Merrifield, VA 22119-3000 |
| 15248737 | | EDI: NFCU.COM | Oct 08 2020 04:48:00 | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 15248740 | + | EDI: NFCU.COM | Oct 08 2020 04:48:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 15248739 | + | EDI: NFCU.COM | Oct 08 2020 04:48:00 | Navy Federal Credit Union, 820 Follin Lane, Vienna, VA 22180-4907 |
| 15248745 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15248744 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Syncb/Pay pal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 15248892 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15248747 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15248746 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Synchrony Bank/Care Credit, Po Box 965036, Orlando, FL 32896-5036 |
| 15248748 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15248749 | + | EDI: RMSC.COM | Oct 08 2020 04:48:00 | Synchrony Bank/Pay pal, Po Box 965005, Orlando, FL 32896-5005 |
| 15248750 | + | EDI: VERIZONCOMB.COM | Oct 08 2020 04:48:00 | Verizon, 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 15248751 | + | EDI: WFFC.COM | Oct 08 2020 04:48:00 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 15248752 | + | EDI: WFFC.COM | Oct 08 2020 04:48:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Credit Suisse First Boston Mortgage Securities Cor |
| 15248738 | * | Navy Federal Credit Union, 1 Security Place, Merrifield, VA 22116 |
| 15248741 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 07, 2020 | Form ID: 318 | Total Noticed: 41 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor Credit Suisse First Boston Mortgage Securities Corp. CSFB Mortgage- Backed Pass-Through Certificates, Series 2005-10, U.S. Bank National Association, as Trustee bnicholas@kmllawgroup.com

Christopher M. Frye
on behalf of Debtor Gregory L. Sommer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Jeffrey J. Sikirica
trusteesikirica@zoominternet.net  PA59@ecfcbis.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

TOTAL: 5